UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
RIOS, IRIS

Case No.: 19-10475 (RG)  
Chapter: 7  
Judge: ROSEMARY GAMBARDELLA

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk  
US Bankruptcy Court,  
District of New Jersey  
MLK Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBARDELLA on March 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2284 North Avenue  
Scotch Plains, NJ 07076  

Current Market Value: $598,000.00 |
|---|---|

| Liens on property: | $683,602.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHON<u>E: (973)597-9100</u>  
DATED: <u>February 20, 2019</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-10475-RG
Iris Rios                                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db              +Iris Rios,    2284 North Ave.,    Scotch Plains, NJ 07076-4526
517959645       +ARS,    1643 NW 136th Ave. Blg H Suite 100,    Fort Lauderdale, FL 33323-2857
517959643       +Ambulatory Anesthesia Associates LLC,    312 Courtyard Dr.,    Hillsborough, NJ 08844-4253
517959644        AmeriHealth Insurance Co of NJ,    PO Box 11867,    Newark, NJ 07101-8167
517959648       +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959656       +Navient,    123 Justison St., 3rd Floor,    Wilmington, DE 19801-5360
517959657       +Northern NJ EYe Institute PA,    PO Box 487,    South Orange, NJ 07079-0487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:13      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:09       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:15:03
                  Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517959646       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 22 2019 00:17:42
                  Bayview Loan Servicing,    4425 Ponce De Leon, 5th Floor,    Miami, FL 33146-1837
517959647       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 22 2019 00:14:19       Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
517959655       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2019 00:27:15       LVNV Funding LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
517959658        E-mail/Text: bkrpt@retrievalmasters.com Feb 22 2019 00:17:08      RMCB,    PO Box 1235,
                  Elmsford, NY 10523-0935
517959659        E-mail/Text: jennifer.chacon@spservicing.com Feb 22 2019 00:18:21
                  Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
517960773       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2019 00:14:33      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517959660       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 22 2019 00:15:59
                  Verizon,    PO Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517959649*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959650*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959651*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959652*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959653*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
517959654*      +Financial Recoveries,    200 East Park Drive, Suite 100,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
                                                                                           TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2019
                               Form ID: pdf905          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:

```
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Joseph B Vas    on behalf of Debtor Iris  Rios jbvas@vas-law.com,  ahuerta@vas-law.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```