Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10475−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Iris Rios
   2284 North Ave.
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−2734

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/22/19 at 10:00 AM

to consider and act upon the following:

*12* − Motion for Relief from Stay re: 2284 North Avenue, Scotch Plains NJ 07076. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON. Hearing scheduled for 4/16/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Affidavit # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Exhibit Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court