| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Iris Rios** | Social Security number or ITIN   xxx–xx–2734 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–10475–RG | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Iris Rios

4/12/19

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Iris Rios
    Debtor

Case No. 19-10475-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin     Page 1 of 2     Date Rcvd: Apr 12, 2019
           Form ID: 318      Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db            +Iris Rios,   2284 North Ave.,   Scotch Plains, NJ 07076-4526
517959645     +ARS,   1643 NW 136th Ave. Blg H Suite 100,   Fort Lauderdale, FL 33323-2857
517959643     +Ambulatory Anesthesia Associates LLC,   312 Courtyard Dr.,   Hillsborough, NJ 08844-4253
517959644      AmeriHealth Insurance Co of NJ,   PO Box 11867,   Newark, NJ 07101-8167
517959648     +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959656     +Navient,   123 Justison St., 3rd Floor,   Wilmington, DE 19801-5363
517959657     +Northern NJ EYe Institute PA,   PO Box 487,   South Orange, NJ 07079-0487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02   United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Apr 13 2019 04:23:00   Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,   Norfolk, VA 23541-1021
517959646     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 13 2019 00:58:34
                Bayview Loan Servicing,   4425 Ponce De Leon, 5th Floor,   Miami, FL 33146-1837
517959647     +EDI: RCSFNBMARIN.COM Apr 13 2019 04:23:00   Credit One Bank,   PO Box 98873,
                Las Vegas, NV 89193-8873
517959655     +EDI: RESURGENT.COM Apr 13 2019 04:23:00   LVNV Funding LLC,   PO Box 10497,
                Greenville, SC 29603-0497
517959658      EDI: RMCB.COM Apr 13 2019 04:23:00   RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
517959659      E-mail/Text: jennifer.chacon@spservicing.com Apr 13 2019 00:59:13
                Select Portfolio Servicing, Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
517960773     +EDI: RMSC.COM Apr 13 2019 04:23:00   Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517959660     +EDI: VERIZONCOMB.COM Apr 13 2019 04:23:00   Verizon,   PO Box 650584,   Dallas, TX 75265-0584
                                                                                         TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517959649*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959650*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959651*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959652*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959653*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
517959654*    +Financial Recoveries,   200 East Park Drive, Suite 100,   PO Box 1388,
                Mount Laurel, NJ 08054-7388
                                                                         TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Jay L. Lubetkin   jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
                rgaydos@rltlawfirm.com
```

District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Apr 12, 2019
                             Form ID: 318               Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
          NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Joseph B Vas    on behalf of Debtor Iris  Rios jbvas@vas-law.com,  ahuerta@vas-law.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6